*Law Offices of*
**BONNETT, FAIRBOURN,**
**FRIEDMAN & BALINT, P.C.**
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (AZ Bar No. 027179)*
*tfrankel@bffb.com*

*Law Offices of*
**BONNETT, FAIRBOURN,**
**FRIEDMAN & BALINT, P.C.**
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (AZ Bar No. 020191)*
*psyverson@bffb.com*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brent A. Dewoody, a single man, | |
| Plaintiff, | Case No. CV-18-2376-PHX-GMS |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| DKAZ Holdings, LLC, an Arizona limited liability company; Dennis N. Kindred and Jane Doe Kindred, husband and wife, | |
| Defendants. | |

The parties, through undersigned counsel, hereby notify the Court that they have reached a settlement in this matter but are finalizing the formal settlement papers. The parties request a fourteen-day period in which to finalize the settlement and file a dismissal with the Court as appropriate.

DATED: October 4, 2018

        BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

        /s/ Ty D. Frankel
Ty D. Frankel
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone:  602-274-1100
Facsimile:   602-798-5860

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Patricia N. Syverson
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 756-7748

Attorneys for Plaintiff

WARNER, ANGLE, HALLAM, JACKSON, & FORMANEK, PLC

        /s/ Chris R. Baniszewski (w/permission)
Chris R. Baniszewski
2555 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:  602-264-7101

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on October 4, 2018.

        /s/ Karen Vanderbilt