# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brent A. Dewoody,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DKAZ Holdings LLC, et al.,<br><br>　　　　Defendants. | No. CV-18-02376-PHX-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 18).

**IT IS THEREFORE ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **November 5, 2018** without further leave of Court.

Dated this 5th day of October, 2018.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge