*Law Offices of*
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*Telephone: (602) 274-1100*
*Ty D. Frankel (AZ Bar No. 027179)*
*tfrankel@bffb.com*

*Law Offices of*
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone: (619) 756-7748*
*Patricia N. Syverson (AZ Bar No. 020191)*
*psyverson@bffb.com*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Brent A. Dewoody, a single man, <br><br> Plaintiff, <br><br> v. <br><br> DKAZ Holdings, LLC, an Arizona limited liability company; Dennis N. Kindred and Jane Doe Kindred, husband and wife, <br><br> Defendants. | Case No. CV-18-2376-PHX-GMS <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Plaintiff Brent A. Dewoody voluntarily dismisses with prejudice the above-captioned matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear their own attorneys' fees and costs except as otherwise agreed between the parties.

DATED: October 15, 2018

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

  /s/ Ty D. Frankel
Ty D. Frankel
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone:  602-274-1100
Facsimile:   602-798-5860

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Patricia N. Syverson
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 756-7748

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on October 15, 2008.


  /s/ Karen Vanderbilt

- 2 -